IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| TERESA WILSON, | ) |
| Plaintiff, | ) |
| v. | ) No. 10-6118-CV-W-DW |
| TAKHAR COLLECTION SERVICES, LTD., | ) |
| Defendant. | ) |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

the Plaintiff's Motion for Entry of Default Judgment (Doc. 11) is GRANTED in the amount of $5,432.00.

April 22, 2011                          Ann Thompson
Date                                     Court of Court
                                         /s/ Tracy L. Diefenbach
                                         (by) Deputy Clerk